<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-2420**

TONIA PARKER; MONROE R. PARKER, JR.,

Plaintiffs – Appellants,

v.

BAPTIST THEOLOGICAL SEMINARY AT RICHMOND; LAMONT PROPERTIES
LP,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge. (3:10-cv-00886-REP)

Submitted: April 28, 2011            Decided:  May 2, 2011

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Tonia Parker, Monroe R. Parker, Jr., Appellants Pro Se. Richard
Kent Bennett, HARMAN, CLAYTOR, CORRIGAN & WELLMAN, Richmond,
Virginia; Daniel Leigh Rosenthal, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tonia Parker and Monroe Parker, Jr., appeal the district court's order granting the Defendants' motion to remand the case to state court. Pursuant to 28 U.S.C. § 1447(d) (2006), "[a]n order remanding a case to the State court from which it was removed [under 28 U.S.C. § 1441(b) (2006)] is not reviewable on appeal or otherwise." This court, accordingly, lacks jurisdiction to review the district court's order. We therefore dismiss this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED